UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

# FILED

JUN 1 2 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Cause No. |
| | ) |
| ANTHONY WHITE and | ) - 01 |
| BRIAN YORK, | ) - 02 |
| | ) |
| *Defendants*. | ) |

**1  18-cr-  181 JMS -MJD**

## I N F O R M A T I O N

The United States Attorney charges that:

## COUNT ONE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about February 8, 2018, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendants,

### ANTHONY WHITE and
### BRIAN YORK,

each aiding, abetting, and assisting one another and others known and unknown to the Grand Jury

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as

that term is defined in Title 18, United States Code, Section 1951, and the movement of articles

and commodities in such commerce, by robbery, as that term is defined in Title 18, United States

Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal

property, that is, money, from the person and in the presence of an employee of the Dollar General Store located at 8323 East Washington Street, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TWO
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

On or about February 4, 2018, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendants,

**ANTHONY WHITE and**
**BRIAN YORK,**

each aiding, abetting, and assisting one another and others known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of the Dollar General store located at 3827 North College Avenue, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT THREE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about January 28, 2018, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendants,

ANTHONY WHITE and
BRIAN YORK,

each aiding, abetting, and assisting one another and others known and unknown to the Grand Jury,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as

that term is defined in Title 18, United States Code, Section 1951, and the movement of articles

and commodities in such commerce, by robbery, as that term is defined in Title 18, United States

Code, Section 1951, in that the defendants did unlawfully take and obtain personal property, that

is, money, from the person and in the presence of an employee of the Dollar General store located

at 5020 East 16th Street, Indianapolis, Indiana, against the employee's will by means of threatened

force, violence, and fear of injury, immediate and future, to the employee's person, by the use and

brandishing of a firearm, while the victim engaged in commercial activities as an employee of

Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT FOUR
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about January 25, 2018, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendants,

ANTHONY WHITE and
BRIAN YORK,

each aiding, abetting, and assisting one another and others known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of the Dollar General store located at 3827 North College Avenue, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT FIVE
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

On or about January 19, 2018, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

### ANTHONY WHITE,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of the BP gas station located at 7068 North College Avenue, Indianapolis, Indiana, against the employee's will by means of

threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of BP, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SIX
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

On or about January 7, 2018, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendants,

### ANTHONY WHITE
### and BRIAN YORK,

each aiding, abetting, and assisting one another and others known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully attempt to take and obtain personal property, that is, money, from the person and in the presence of an employee of the Dollar General store located at 3629 Commercial Drive, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT SEVEN
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about December 26, 2017, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendants,

**ANTHONY WHITE and
BRIAN YORK,**

each aiding, abetting, and assisting one another and others known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of the Dollar General store located at 3629 Commercial Drive, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT EIGHT
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about December 17, 2017, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

**ANTHONY WHITE,**

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of the BP gas station located at 7068 North College Avenue, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of BP, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

COUNT NINE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about December 3, 2017, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendants,

ANTHONY WHITE
and BRIAN YORK,

each aiding, abetting, and assisting one another and others known and unknown to the Grand Jury, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendants did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of the Dollar General store located at 3827 North College Avenue, Indianapolis, Indiana, against the employee's will by means of

7

threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT TEN
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about October 29, 2017, in Marion County, Indiana, within the Southern District of Indiana, Indianapolis Division, the defendant,

## BRIAN YORK,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that is, money, from the person and in the presence of an employee of the Dollar General store located at 2131 Central Avenue, Indianapolis, Indiana, against the employee's will by means of threatened force, violence, and fear of injury, immediate and future, to the employee's person, by the use and brandishing of a firearm, while the victim engaged in commercial activities as an employee of Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

8

## COUNT ELEVEN
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about July 30, 2017, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendant,

### BRIAN YORK,

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as

that term is defined in Title 18, United States Code, Section 1951, and the movement of articles

and commodities in such commerce, by robbery, as that term is defined in Title 18, United States

Code, Section 1951, in that the defendant did unlawfully take and obtain personal property, that

is, money, from the person and in the presence of an employee of the Dollar General store located

at 5450 Emerson Way, Indianapolis, Indiana, against the employee's will by means of threatened

force, violence, and fear of injury, immediate and future, to the employee's person, by the use and

brandishing of a firearm, while the victim engaged in commercial activities as an employee of

Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWELVE
Interference with Commerce by Robbery
18 U.S.C. § 1951

On or about July 13, 2017, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendant,

### BRIAN YORK,

aiding, abetting, and assisting others known and unknown to the Grand Jury, did unlawfully

obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is

9

defined in Title 18, United States Code, Section 1951, and the movement of articles and

commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code,

Section 1951, in that the defendant did unlawfully take and obtain personal property, that is,

money, from the person and in the presence of an employee of the Dollar General store located at

2131 Central Avenue, Indianapolis, Indiana, against the employee's will by means of threatened

force, violence, and fear of injury, immediate and future, to the employee's person, by the use and

brandishing of a firearm, while the victim engaged in commercial activities as an employee of

Dollar General, a business that was engaged in and affects interstate commerce.

In violation of Title 18, United States Code, Sections 1951(a) and 2.


## COUNT THIRTEEN
Possession of a Firearm During and in Relation to a Crime of Violence
18 U.S.C. § 924(c)

On or about February 8, 2018, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendants,

ANTHONY WHITE
and BRIAN YORK,

did knowingly possess a firearm during and in relation to a crime of violence for which they may

be prosecuted in a court of the United States, that is, the robbery of the Dollar General store located

at 8323 East Washington Street, Indianapolis, Indiana, occurring as alleged in Count One above.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT FOURTEEN
### Brandishing a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)

On or about February 4, 2018, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendants,

### ANTHONY WHITE
### and BRIAN YORK,

did knowingly use and brandish a firearm during and in relation to a crime of violence for which

they may be prosecuted in a court of the United States, that is, the robbery of the Dollar General

store located at 3827 North College Avenue, Indianapolis, Indiana, occurring as alleged in Count

Two above.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.


## COUNT FIFTEEN
### Brandishing a Firearm During and in Relation to a Crime of Violence
### 18 U.S.C. § 924(c)

On or about January 28, 2018, in Marion County, Indiana, within the Southern District of

Indiana, Indianapolis Division, the defendants,

### ANTHONY WHITE
### and BRIAN YORK,

did knowingly use and brandish a firearm during and in relation to a crime of violence for which

they may be prosecuted in a court of the United States, that is, the robbery of the Dollar General

store located at 5020 East 16th Street, Indianapolis, Indiana, occurring as alleged in Count Three

above.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## FORFEITURE ALLEGATION

The allegations in Counts One through Fifteen of this Information are realleged as if fully set forth herein, for the purpose of giving the defendants notice that the United States intends to seek forfeiture of various property pursuant to Title 18, United States Code, Sections 924 and 2253, and Title 28, United States Code, Section 2461.

If convicted of any offense set forth in Count One through Count Fifteen of the Information, ANTHONY WHITE and BRIAN YORK, defendants herein, shall forfeit to the United States the defendants' interest in property seized by law enforcement on or about February 8, 2018, including but not limited to a Sig Sauer model P230 .380 auto semi-automatic pistol bearing serial number S178857, and seven (7) rounds of 9mm ammunition.

JOSH J. MINKLER
UNITED STATES ATTORNEY

STATE OF INDIANA      )
                      )      SS:
COUNTY OF MARION      )


Jeffrey D. Preston , being first duly sworn, upon his oath deposes and says that he is an

Assistant United States Attorney in and for the Southern District of Indiana, that he makes this

affidavit for and on behalf of the United States of America and that the allegations in the foregoing

Information are true as he is informed and verily believes.



Jeffrey D. Preston
Assistant United States Attorney


Subscribed and sworn to before me, a notary public, on this 11th day of June, 2018.

CHRISTINA M. WEAVER
Marion County
My Commission Expires
March 6, 2022

Christina Marie Weaver
Notary Public


My Commission Expires:

3-6-22

My County of Residence:

Marion